UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                          CASE NO. 07-30341-PNS3
                                                CHAPTER 13
CONNIE RHOADES KILLAM
JAMES BRADY KILLAM

             Debtor(s)              /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NEMOURS CHILDREN'S CLINIC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 398029 in the amount of 17.80 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CONNIE RHOADES KILLAM<br>JAMES BRADY KILLAM<br>10001 PALAFOX HIGHWAY<br>LOT H<br>PENSACOLA, FL 32534 | NEMOURS CHILDREN'S CLINIC<br>P.O. BOX 277802<br>ATLANTA, GA 30384-7802 |

AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE. 805
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
8/27/2010  1:46 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```