**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: CASE NO. 07-30341-PNS3
CHAPTER 13

CONNIE RHOADES KILLAM
JAMES BRADY KILLAM

Debtor(s) /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NEMOURS CHILDREN'S CLINIC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 406869 in the amount of 15.35 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

CONNIE RHOADES KILLAM
JAMES BRADY KILLAM
10001 PALAFOX HIGHWAY
LOT H
PENSACOLA, FL 32534

NEMOURS CHILDREN'S CLINIC
P.O. BOX 277802
ATLANTA, GA 30384-7802

AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE. 805
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/28/2011 11:40 am / CR_213